UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BARRY KEITH RIDDICK,

Plaintiff,

v.

POAH MANAGEMENT
COMPANY, *et al.*,

Defendants.

Case No. 25-cv-11913
Honorable Linda V. Parker
Magistrate Judge Elizabeth A. Stafford

---

## ORDER DENYING PLAINTIFF'S MOTION TO COMPEL
### (ECF NO. 22)

---

Plaintiff Barry Keith Riddick, proceeding pro se and *in forma pauperis*, brings this action under the Fair Credit Reporting Act against POAH Management Company, Kellia Young, and a Jane Doe supervisor of Young.  ECF No. 1.  The Honorable Linda V. Parker referred the case to the undersigned to resolve all pretrial matters under 28 U.S.C. § 636(b)(1).  ECF No. 6.

Riddick moves to compel POAH to respond to an interrogatory to identify Doe.  ECF No. 22.  Riddick's motion is premature.  Federal Rule of Civil Procedure 26(d)(1) precludes parties from "seek[ing] discovery from any source before the parties have conferred as required by Rule 26(f),

except in a proceeding exempted from initial disclosure under Rule 26(a)(1)(B), or when authorized by these rules, by stipulation, or by court order."  The parties have not conferred as required under Rule 26(f), and none of the exemptions to Rule 26(d)(1) apply.  Because Riddick is not entitled to seek discovery at this stage, his motion to compel is **DENIED**.

s/Elizabeth A. Stafford
ELIZABETH A. STAFFORD
United States Magistrate Judge

Dated: February 17, 2026

## NOTICE TO PARTIES ABOUT OBJECTIONS

Within 14 days of being served with this order, any party may file objections with the assigned district judge.  Fed. R. Civ. P. 72(a).  The district judge may sustain an objection only if the order is clearly erroneous or contrary to law.  28 U.S.C. § 636.  **"When an objection is filed to a magistrate judge's ruling on a non-dispositive motion, the ruling remains in full force and effect unless and until it is stayed by the magistrate judge or a district judge."**  E.D. Mich. LR 72.2.

## <u>CERTIFICATE OF SERVICE</u>

The undersigned certifies that this document was served on counsel of record and any unrepresented parties via the Court's ECF System to their email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on February 17, 2026.

<u>s/Davon Allen</u>
DAVON ALLEN
Case Manager