UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BARRY KEITH RIDDICK,

Plaintiff,

Case No. 25-cv-11913
Honorable Linda V. Parker

v.

POAH MANAGEMENT COMPANY, et al.

Defendants.
______________________________/

**OPINION AND ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION AND DENYING AS MOOT DEFENDANT POAH MANAGEMENT COMPANY'S MOTION FOR JUDGMENT ON THE PLEADINGS**

Plaintiff commenced this pro se lawsuit against Defendant on June 25, 2025. The matter has been assigned to Magistrate Judge Elizabeth A. Stafford for all pretrial proceedings, including a hearing and determination of all non-dispositive matters pursuant to 28 U.S.C. § 636(b)(1)(A) and/or a report and recommendation on all dispositive matters pursuant to 28 U.S.C. § 636(b)(1)(B). (ECF No. 6.)

On July 24, 2026, Defendant POAH Management Company filed a motion for judgment on the pleadings pursuant to Federal Rule of Civil Procedure 12(c). (ECF No. 38.) On September 9, 2026, Magistrate Judge Stafford issued a report and recommendation ("R&R") recommending that the Court deny the motion as moot. (ECF No. 46.) At the conclusion of the R&R, Magistrate Judge Stafford

advises the parties that they may object to and seek review of the R&R within fourteen days of service upon them. She further specifically advises the parties that "[f]ailure to file specific objections constitutes a waiver of any further right to appeal." (*Id.*) Neither party filed objections to the R&R.

The Court has carefully reviewed the R&R and concurs with the conclusions reached by Magistrate Judge Stafford. The Court therefore adopts the R&R.

Accordingly,

**IT IS ORDERED** that Defendant POAH Management Company's motion for judgment (ECF No. 38) is **DENIED AS MOOT**.

s/ Linda V. Parker
LINDA V. PARKER
U.S. DISTRICT JUDGE

Dated: September 28, 2026

I hereby certify that a copy of the foregoing document was mailed to counsel of record and/or pro se parties on this date, September 28, 2026, by electronic and/or U.S. First Class mail.

s/R. Thieme
Case Manager